In the Matter of ALEXANDER E. GINSBERG, an Attorney.— Reference ordered. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of MYRON J. MITNICK, an Attorney.— Reference ordered. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of J. EARLE WILLIAMS, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH S. FAY, Respondent, v. SAMUEL ROBINSON and Others, Appellants.— Orders granting plaintiff's motion for a temporary injunction, and denying defendants' motion to dismiss the complaint for insufficiency, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of ALPHONSUS A. BRUGNOLI, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of BENJAMIN I. CANTOR, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of ROBERT D. FLEMING, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of WILLIAM A. MURPHY, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of MAXWELL M. WALLACH, an Attorney.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.